

**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR 27 2015

CHRISTOPHER A. PRINE
CLERK

April 24, 2015

Christopher A. Prine, Clerk
1st Court of Appeals
301 Fannin Street
Houston, TX 77002

Re:   **Eber Martinez**                               01-13-00698-CR

Dear Mr. Prine:

This letter is to request the above referenced appeal files. In order to adequately respond to the above petitioners' complaints, I need the entire appellate files in each cause, including, but not limited to, the following:

1.   Statement of facts for the trial, pre-trial and post-trial hearing;

2.   Transcripts (trial court);

3.   Appellate briefs, appellant's and appellee's initial and responsive or supplementary;

4.   Opinion(s) of the 1st Court of Appeals;

5.   Motion rehearing, if any, and responsive pleadings thereto, if any;

6.   Petition for Discretionary Review;

7.   Briefs filed in connection with Petition for Discretionary Review; and

8.   Opinions or orders of the Court of Criminal Appeals issued Response to the Petition for Discretionary Review.

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov

Christopher Prine, Clerk
1st Court of Appeals
Page Two


These records are needed and therefore you may send them to my attention at the address listed below.  If you should have any questions, feel free to call (512)463-3321.

Thank you for your kind assistance in this matter.

Sincerely,

NELDA T. GARCIA
Administrative Assistant IV
Office of the Attorney General
Criminal Appeals Division
William P. Clements Bldg. - 8th Floor
300 W. 15th  Street
Austin, Texas  78701



POST OFFICE BOX 12548
AUSTIN TEXAS 78711-2548

*Return Services Requested*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE



neopost
04/24/2015
US POSTAGE $000.48

FIRST-CLASS MAIL

ZIP 78701
041L12203075

```
RECEIVED
FIRST COURT OF APPEALS
HOUSTON. TEXAS

APR 27 2015

CHRISTOPHER A. PRINE
CLERK
```

JESSE RODRIGUEZ
1ST COURT OF APPEALS
301 FANNIN STREET
HOUSTON TX 77002 2066

77002$2066 CO16